Russell J. Singer

PO Box 485

Laguna Beach, California 92652

(949) 280-4336

russell@adobejudgmentcollections.com

Assignee of Judgment Creditor, In Pro Per

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL J. SINGER, Assignee of Judgment Creditor, | Case No. 2:26-cv-1759 |
| | [Related to Case No. 2:22-mc-00321-KJM-DB] |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER APPROVING NOTICE OF PENDENCY OF ACTION |
| KENNETH THOMAS BANKSTON, JR., an individual; LALI GHLONTI-BANKSTON, an individual; and DOES 1 through 10, inclusive, | [Cal. Code Civ. Proc. §§ 405.5, 405.21] |
| Defendants. | |

The Court, having considered the Ex Parte Application of Plaintiff Russell J. Singer for an order approving the proposed Notice of Pendency of Action in the above-captioned action, the Memorandum of Points and Authorities and Declaration of Russell J. Singer in support thereof, the Complaint on file herein, the proposed Notice of Pendency of Action lodged with the Application, and good cause appearing therefor:

IT IS HEREBY ORDERED that:

1.    Plaintiff's Ex Parte Application for Order Approving Notice of Pendency of Action is GRANTED.

2.    The Court finds that (a) the above-captioned action is pending in this Court; (b) the action asserts real property claims within the meaning of California Code of Civil Procedure § 405.4 affecting the real property commonly known as 525 Wood Duck Drive, Suisun City, California 94585-2133, Assessor's Parcel Number 0173-141-030; and (c) the proposed Notice of Pendency of Action lodged with the Application complies with the content requirements of California Code of Civil Procedure § 405.20.

3.    The proposed Notice of Pendency of Action is APPROVED for recordation in the Official Records of Solano County, California, pursuant to California Code of Civil Procedure § 405.21.

4.    In making this approval, the Court makes no determination as to whether the Notice of Pendency of Action may be subject to expungement on any ground authorized by California Code of Civil Procedure §§ 405.30 et seq., including whether Plaintiff has established the probable validity of the real property claims under California Code of Civil Procedure § 405.32. Such questions are reserved for any subsequent motion brought under those provisions.

5.    Prior to recordation, Plaintiff shall mail a copy of the approved Notice of Pendency of Action by registered or certified mail, return receipt requested, to all known addresses of record of Defendants Kenneth Thomas Bankston, Jr. and Lali Ghlonti-Bankston, as required by California Code of Civil Procedure § 405.22, and shall file proof of such mailing with this Court.

6.    Immediately following recordation, Plaintiff shall file a copy of the recorded Notice of Pendency of Action with this Court.

**IT IS SO ORDERED.**

Dated: May 19, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE