

Russell J. Singer
PO Box 485
Laguna Beach, California 92652
(949) 280-4336
russell@adobejudgmentcollections.com
Assignee of Judgment Creditor, In Pro Per



MAY 2 6 2026

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL J. SINGER, Assignee of Judgment Creditor,<br><br>        Plaintiff,<br><br>v.<br><br>KENNETH THOMAS BANKSTON, JR., an individual; LALI GHLONTI-BANKSTON, an individual; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 2:26-cv-01759-TLN-SCR<br><br>(Related to Case No. 2:22-mc-00321-KJM-DB)<br><br>**PROOF OF MAILING OF NOTICE OF PENDENCY OF ACTION PURSUANT TO CAL. CODE CIV. PROC. § 405.22 AND ORDER DATED MAY 19, 2026**<br><br>[Cal. Code Civ. Proc.<br>§ 405.22; 28 U.S.C. § 1746] |

## PROOF OF MAILING OF NOTICE OF PENDENCY OF ACTION

### PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE § 405.22

I, Russell J. Singer, declare as follows:

**1.** I am the Plaintiff in the above-captioned action, appearing in pro per as Assignee of Judgment Creditor. I am over the age of eighteen, a resident of Orange County, California, and competent to testify to the matters stated herein based on my personal knowledge.

**2.** On May 19, 2026, the Court entered its Order Approving Notice of Pendency of Action (ECF No. 6, filed May 20, 2026), granting Plaintiff's Ex Parte Application and approving the proposed Notice of Pendency of Action for recordation in the Official Records of Solano County, California, against the real property commonly known as 525 Wood Duck Drive, Suisun City, California 94585-2133, Assessor's Parcel Number 0173-141-030.

**3.** Paragraph 5 of the Order requires that, prior to recordation, Plaintiff shall mail a copy of the approved Notice of Pendency of Action by registered or certified mail, return receipt requested, to all known addresses of record of Defendants Kenneth Thomas Bankston, Jr. and Lali Ghlonti-Bankston, as required by California Code of Civil Procedure § 405.22, and shall file proof of such mailing with this Court. This declaration is filed in compliance with that requirement.

**4.** On the date set forth in the table below, I caused a true and correct copy of the approved Notice of Pendency of Action, attached hereto as Exhibit A, to be deposited in the United States Mail at Laguna Beach, California, in a sealed envelope with postage thereon fully prepaid, sent by United States Postal Service Certified Mail, Return Receipt Requested, addressed to each Defendant at the address of record indicated:

| Addressee | Mailing Address | Date Mailed | USPS Certified Article Number |
|---|---|---|---|
| Kenneth Thomas Bankston, Jr. | 525 Wood Duck Drive, Suisun City, CA 94585-2133 | May 22, 2026 | 9589 0710 5270 3801 3899 68 |
| Lali Ghlonti-Bankston | 525 Wood Duck Drive, Suisun City, CA 94585-2133 | May 22, 2026 | 9589 0710 5270 3801 3894 49 |

**5.** True and correct copies of the United States Postal Service Certified Mail receipts evidencing each mailing identified above are attached hereto as Exhibit B. Return receipts (PS Form 3811) will be filed with this Court by supplemental declaration upon receipt.

**6.** The addresses identified above constitute all known addresses of record of Defendants Kenneth Thomas Bankston, Jr. and Lali Ghlonti-Bankston as of the date of mailing, based on my review of the records of the underlying judgment, the assignment of judgment, court filings, and reasonable diligence in confirming current addresses.

**7.** Recordation of the Notice of Pendency of Action with the Solano County Recorder has not yet occurred and will not occur until after this Proof of Mailing is filed, consistent with Paragraph 5 of the Order and California Code of Civil Procedure § 405.22. Upon recordation, Plaintiff will file a Notice of Recordation with this Court attaching the recorded instrument, consistent with Paragraph 6 of the Order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 22, 2026, at Laguna Beach, California.

_Russell C. Singer_

Russell J. Singer

Plaintiff and Assignee of Judgment Creditor,

# EXHIBIT A

*Approved Notice of Pendency of Action*

Singer v. Bankston et al.
Case No. 2:26-cv-01759-TLN-SCR
U.S. District Court, Eastern District of California
*Proof of Mailing of Notice of Pendency of Action*

Russell J. Singer

PO Box 485

Laguna Beach, California 92652

(949) 280-4336

russell@adobejudgmentcollections.com

Assignee of Judgment Creditor, In Pro Per

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL J. SINGER, Assignee of Judgment Creditor, | Case No. 2:26-cv-01759-TLN-SCR |
| Plaintiff, | (Related to Case No. 2:22-mc-00321-KJM-DB) |
| v. | **NOTICE OF PENDENCY OF ACTION** |
| KENNETH THOMAS BANKSTON, JR., an individual; LALI GHLONTI-BANKSTON, an individual; and DOES 1 through 10, inclusive, | [Cal. Code Civ. Proc. §§ 405.20–405.24] |
| Defendants. | |

**TO ALL INTERESTED PERSONS, AND TO THE COUNTY RECORDER OF SOLANO COUNTY, CALIFORNIA:**

NOTICE IS HEREBY GIVEN, pursuant to California Code of Civil Procedure §§ 405.20–405.24 (made applicable to actions pending in the United States District Courts by California Code of Civil Procedure § 405.5), that the above-captioned action has been commenced and is now pending in the United States District Court for the Eastern District of California, and that said action affects title to and the right to possession of the real property described below.

## I.    PARTIES TO THE ACTION

The parties to the above-captioned action are:

**Plaintiff:**    RUSSELL J. SINGER, Assignee of Judgment Creditor.

**Defendants:**   KENNETH THOMAS BANKSTON, JR., an individual; LALI GHLONTI-BANKSTON, an individual; and DOES 1 through 10, inclusive.

## II.    REAL PROPERTY AFFECTED BY THE ACTION

The real property affected by this action is located in the City of Suisun City, County of Solano, State of California, commonly known as 525 Wood Duck Drive, Suisun City, California 94585–2133, Assessor's Parcel Number 0173-141-030, and more particularly described as follows:

LOT 87, AS SHOWN ON THE MAP ENTITLED: "DOVER TERRACE SOUTH UNIT NO. 9, SUISUN CITY, SOLANO COUNTY, CALIFORNIA," FILED IN THE OFFICE OF THE RECORDER OF SOLANO COUNTY, CALIFORNIA ON MAY 3, 1978, IN BOOK 34 OF MAPS, AT PAGE 57. EXCEPTING THEREFROM all oil, gas, casinghead gas, asphaltum and other hydrocarbons and all chemical gas, now or hereafter found, situated or located in all or any part or portion of the lands herein described lying more than five hundred feet (500') below the surface thereof, together with the right to slant drill for and remove all or any of said oil, gas, casinghead gas, asphaltum and other hydrocarbons and chemical gas lying below a depth of more than five hundred feet (500') below the surface thereof; but without any right whatsoever to enter upon the surface of said land or upon any part of said lands within five hundred feet (500') vertical distance below the surface thereof as excepted in

the deed from Alta Mortgage Company to Ken, Inc., a California corporation, recorded July 13, 1978, Book 1978, Page 56779, Series 32748, Official Records of Solano County (the "Property").

### III.   REAL PROPERTY CLAIM ASSERTED

The above-captioned action asserts a real property claim within the meaning of California Code of Civil Procedure § 405.4. The Complaint seeks to avoid an Interspousal Transfer Deed recorded January 24, 2025, as Document No. 202500003270 in the Official Records of Solano County, by which Defendant Kenneth Thomas Bankston, Jr. conveyed a community-property interest in the Property to Defendant Lali Ghlonti-Bankston in violation of the California Uniform Voidable Transactions Act, California Civil Code §§ 3439 et seq.

If meritorious, the action will affect title to, and the right to possession of, the Property by setting aside the Transfer, restoring Defendant Bankston's pre-Transfer sole ownership for purposes of execution, and confirming the priority and reach of Plaintiff's judgment lien recorded in Solano County on March 31, 2026 (Document No. 202600014622). Cal. Code Civ. Proc. § 405.4.

### IV.   COURT APPROVAL

This Notice of Pendency of Action is signed by Plaintiff appearing in propria persona and is submitted for approval by a Judge of the United States District Court for the Eastern District of California pursuant to California Code of Civil Procedure § 405.21. This Notice will not be recorded prior to entry of such Order.

### V.   SERVICE

Pursuant to California Code of Civil Procedure § 405.22, a copy of this Notice of Pendency of Action will be mailed prior to recordation, by registered or certified mail, return receipt requested, to all known addresses of Defendants Kenneth Thomas Bankston, Jr. and Lali Ghlonti-Bankston, who are the parties against whom the real property claim is adverse. Proof of such mailing will be filed with the Court.

Dated: _____, 2026

*[Date to be inserted upon execution of this Notice following entry of the Order Approving Recordation of Notice of Pendency of Action.]*

Respectfully submitted,

*Russell J. Singer*

Russell J. Singer

PO Box 485

Laguna Beach, California 92652

(949) 280-4336

russell@adobejudgmentcollections.com

Assignee of Judgment Creditor, In Pro Per

**APPROVED AS PROVIDED IN CAL. CODE CIV. PROC. § 405.21:**

Dated: _____

_____

United States District Judge

# EXHIBIT B

*USPS Certified Mail Receipts*

Singer v. Bankston et al.
Case No. 2:26-cv-01759-TLN-SCR
U.S. District Court, Eastern District of California
*Proof of Mailing of Notice of Pendency of Action*



