**RUSSELL J. SINGER**

P.O. Box 485, Laguna Beach, CA 92652

Telephone: (949) 280-4336 | russell@adobejudgmentcollections.com

June 5, 2026



**FILED**

JUN 0 8 2026

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

VIA FEDERAL EXPRESS

Clerk of the Court
United States District Court
Eastern District of California
501 I Street, Suite 4-200
Sacramento, CA 95814

**Re:  Singer v. Bankston, Case No. 2:26-cv-01759-TLN-SCR — Notice of Voluntary
Dismissal for Filing**

Dear Clerk of the Court:

Enclosed for filing in the above-captioned action is Plaintiff's Notice of Voluntary Dismissal
Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), dismissing the
action in its entirety as to all Defendants.

I am the Plaintiff in this action, appearing in pro per. Please file the enclosed Notice and, if a
conformed copy is available, return one in the enclosed self-addressed, stamped envelope.

Thank you for your assistance.

Very truly yours,

_____
Russell J. Singer
Plaintiff in Pro Per

Enclosure: Notice of Voluntary Dismissal Without Prejudice