Russell J. Singer
PO Box 485
Laguna Beach, California 92652
(949) 280-4336
russell@adobejudgmentcollections.com
Assignee of Judgment Creditor, In Pro Per

**FILED**

JUN 08 2026

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL J. SINGER, Assignee of Judgment Creditor, <br><br> Plaintiff, <br><br> vs. <br><br> KENNETH THOMAS BANKSTON, JR., an individual; LALI GHLONTI-BANKSTON, an individual; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 2:26-cv-01759-TLN-SCR <br><br> (Related to Case No. 2:22-mc-00321-KJM-DB) <br><br> **WITHDRAWAL OF NOTICE OF PENDENCY OF ACTION** <br><br> [Cal. Code Civ. Proc. § 405.50] |

### WITHDRAWAL OF NOTICE OF PENDENCY OF ACTION

**TO ALL INTERESTED PERSONS, AND TO THE COUNTY RECORDER OF SOLANO COUNTY, CALIFORNIA:**

NOTICE IS HEREBY GIVEN that Plaintiff Russell J. Singer, Assignee of Judgment Creditor, appearing in propria persona, hereby withdraws and releases the Notice of Pendency of Action recorded in the Official Records of Solano County, California, on June 1, 2026, as Document No. 202600025741, affecting the real property described below.

The Notice of Pendency of Action was recorded in connection with the above-captioned action then pending in the United States District Court for the Eastern District of California, asserting a real property claim within the meaning of California Code of Civil Procedure § 405.4. The above-captioned action has been dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and Plaintiff withdraws and releases the Notice of Pendency of Action in its entirety.

REAL PROPERTY AFFECTED. The real property affected by the withdrawn Notice of Pendency of Action is located in the City of Suisun City, County of Solano, State of California, commonly known as 525 Wood Duck Drive, Suisun City, California 94585-2133, Assessor's Parcel Number 0173-141-030, and more particularly described as follows:

LOT 87, AS SHOWN ON THE MAP ENTITLED: "DOVER TERRACE SOUTH UNIT NO. 9, SUISUN CITY, SOLANO COUNTY, CALIFORNIA," FILED IN THE OFFICE OF THE RECORDER OF SOLANO COUNTY, CALIFORNIA ON MAY 3, 1978, IN BOOK 34 OF MAPS, AT PAGE 57.

EXCEPTING THEREFROM all oil, gas, casinghead gas, asphaltum and other hydrocarbons and all chemical gas, now or hereafter found, situated or located in all or any part or portion of the lands herein described lying more than five hundred feet (500′) below the surface thereof, together with the right to slant drill for and remove all or any of said oil, gas, casinghead gas, asphaltum and other hydrocarbons and chemical gas lying below a depth of more than five hundred feet (500′) below the surface thereof; but without any right whatsoever to enter upon the surface of said land or upon any part of said lands within five hundred feet (500′) vertical distance below the surface thereof as excepted in the deed from Alta Mortgage Company to Ken, Inc., a California corporation, recorded July 13, 1978, Book 1978, Page 56779, Series 32748, Official Records of Solano County (the "Property").

EFFECT OF WITHDRAWAL. Upon recordation of this Withdrawal, the Notice of Pendency of Action recorded June 1, 2026, as Document No. 202600025741, in the Official Records of Solano County is withdrawn, released, and of no further force or effect as to the Property. Plaintiff requests that the County Recorder of Solano County index this Withdrawal against the Property and the above-referenced recorded Notice of Pendency of Action.

RESERVATION OF RIGHTS. This Withdrawal is without prejudice to, and Plaintiff expressly reserves, all rights and remedies in In re Bankston, Case No. 26-22435 (Bankr. E.D. Cal.), including without limitation the right to file a proof of claim, to seek a determination of nondischargeability, to seek relief from the automatic stay, and to coordinate with the Chapter 7 Trustee. Nothing in this Withdrawal constitutes a waiver or release of any claim, judgment, lien, or right other than the Notice of Pendency of Action expressly withdrawn herein.

Dated: _JuNe 5_____, 2026


Respectfully submitted,

_Russell J. Singer_____

Russell J. Singer
Assignee of Judgment Creditor, In Pro Per